UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 13−32290
 Chapter 13
Harry Hall, III and Cynthia Hall

    Debtors

## ORDER CONFIRMING PLAN

The debtors' plan was filed on September 3, 2013. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtors chapter 13 plan, as amended, if applicable, is **confirmed**.

    Done this 16th day of December, 2013.

    /s/ Honorable Dwight H. Williams Jr.
    United States Bankruptcy Judge