IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE: ) CASE NO. 13-32290
    Harry R. Hall )
    Cynthia Hall )
) CHAPTER 13

## MOTION TO MODIFY MORTGAGE

**COMES NOW,** the debtors by and through their attorney of record and hereby moves this Honorable Court to allow them to modify the existing mortgage with Ocwen Loan Servicing, LLC. The debtor states the following reasons for same:

1. Ocwen is willing to modify their mortgage with court approval.

2. The new modified principal balance will be $165,426.32 at an interest rate of 4.625%.

3. The estimated modified monthly payment will be $757.04.

4. The first revised payment will be due on March 1, 2014.

5. The payments will end on February 1, 2054 (Maturity Date).

6. The debtors would receive no monies out of this modification.

7. The arrears currently included in the Debtors Chapter 13 plan will be included in the modification of the mortgage.

**WHEREFORE, THESE PREMISES CONSIDERED,** the Debtors hereby request this Honorable Court to allow them to modify their existing mortgage with Ocwen Loan Servicing, LLC for the above stated reasons.

Respectfully submitted this 3rd day of April, 2014.

                                            BOND, BOTES, SHINN & DONALDSON, P.C.


                                By:    /s/ Gail Donaldson
                                          Attorney for Debtors

CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by mailing a copy of the same to them on this the 18th day of July, 2013.

Hon. Curtis C. Reding, Trustee (via electronic filing)
Harry & Cynthia Hall, 5820 Carmichael Road, Montgomery, AL 36117
Ocwen Loan Servicing, LLC, Attn: Modifications, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409

  /s/ Gail Donaldson
Attorney for Debtors
P.O. Box 4479
Montgomery, Alabama 36103
Phone: 334-264-3363
Fax: 334-264-3340
gdonaldson@bondnbotes.com