UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                                 Case No. 13-32290 –DHW
                                                                      Chapter 13
Harry Hall, III and Cynthia Hall,

    Debtors.


# ORDER GRANTING MOTION TO MODIFY MORTGAGE

    The debtors filed a motion to enter into a loan modification agreement on their home mortgage.

    The motion was set for hearing after notice to all parties in interest. No objections to the motion were filed or advanced at the hearing. Upon consideration of the motion, it is

    ORDERED that the motion is GRANTED.


Dated: April 15, 2014                                        /s/ Dwight H. Williams, Jr.
                                                             United States Bankruptcy Judge


c:    Debtors
    Gail Donaldson, Attorney for Debtors
    Curtis C. Reding, Trustee
    All Creditors