# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>HARRY HALL III<br>SSAN: XXX-XX-4052<br><br>CYNTHIA HALL<br>SSAN: XXX-XX-0867<br><br>Debtor(s) | Case No. 13-32290-DHW<br>Chapter 13 |

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

## TRUSTEE'S OBJECTION TO CLAIM

COMES NOW, the Trustee in the above styled case, and objects to Court Claim #5 of Ocwen Loan Servicing Llc. As grounds for said objection, the Trustee states as follows:

The debtor's motion to incur debt and allow the debtor to enter into a mortgage loan modification agreement was granted by this Honorable Court on 04/15/2014. As a result, the account would have been brought current, the debt paid outside the Chapter 13 plan and the creditor's claim is no longer due to be paid through the chapter 13 plan.

WHEREFORE, the Trustee objects to the claim and moves this Honorable Court to reduce the claim to the amount paid with a balance of zero.

Respectfully submitted this Tuesday, 22 July, 2014.

| | |
|---|---|
| Office of the Chapter 13 Trustee<br>P.O. Box 173<br>Montgomery, AL 36101-0173<br>Phone: (334)262-8371<br>Fax: (334)262-8599<br>email: Ch13Trustee@ch13mdal.com | By: /s/ *Curtis C. Reding*<br>Curtis C. Reding<br>Chapter 13 Trustee |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Claim of Ocwen Loan Servicing Llc on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this Tuesday, 22 July, 2014.

| | |
|---|---|
| Copy to: DEBTOR(S)<br>OCWEN LOAN SERVICING LLC<br>GAIL HUGHES DONALDSOI | /s/ Curtis C. Reding<br>Curtis C. Reding<br>Chapter 13 Trustee |

HARRY HALL III
CYNTHIA HALL
5820 CARMICHAEL RD
MONTGOMERY, AL 36117

| | |
|---|---|
| IN RE:<br><br>HARRY HALL III<br>SSAN: XXX-XX-4052<br><br>CYNTHIA HALL<br>SSAN: XXX-XX-0867<br><br>Debtor(s) | Case No. 13-32290-DHW<br>Chapter 13 |

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

### TRUSTEE'S OBJECTION TO CLAIM

COMES NOW, the Trustee in the above styled case, and objects to Court Claim #5 of Ocwen Loan Servicing Llc. As grounds for said objection, the Trustee states as follows:

The debtor's motion to incur debt and allow the debtor to enter into a mortgage loan modification agreement was granted by this Honorable Court on 04/15/2014. As a result, the account would have been brought current, the debt paid outside the Chapter 13 plan and the creditor's claim is no longer due to be paid through the chapter 13 plan.

WHEREFORE, the Trustee objects to the claim and moves this Honorable Court to reduce the claim to the amount paid with a balance of zero.

Respectfully submitted this Tuesday, 22 July, 2014.

| | |
|---|---|
| Office of the Chapter 13 Trustee<br>P.O. Box 173<br>Montgomery, AL 36101-0173<br>Phone: (334)262-8371<br>Fax: (334)262-8599<br>email: Ch13Trustee@ch13mdal.com | By: /s/ *Curtis C. Reding*<br>Curtis C. Reding<br>Chapter 13 Trustee |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Claim of Ocwen Loan Servicing Llc on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this Tuesday, 22 July, 2014.

| | |
|---|---|
| Copy to: DEBTOR(S)<br>OCWEN LOAN SERVICING LLC<br>GAIL HUGHES DONALDSOI | /s/ Curtis C. Reding<br>Curtis C. Reding<br>Chapter 13 Trustee |

OCWEN LOAN SERVICING LLC
1661 WORTHINGTON RD STE 100
WEST PALM BEACH, FL 33409