UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 13−32290
Chapter 13

Harry Hall, III and Cynthia Hall

    Debtors

# ORDER SUSTAINING OBJECTION TO CLAIM(S)

An objection was filed to the claim(s) of *OCWEN LOAN SERVICING, LLC (Claim #5)*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007−1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

    Done this 27th day of August, 2014.

                              /s/ Honorable Dwight H. Williams Jr.
                              United States Bankruptcy Judge