UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
Case No. 13-32290-WRS  
Chapter 13

HARRY HALL III  
    XXX-XX-4052

CYNTHIA HALL  
    XXX-XX-0867

    Debtor's

## CHAPTER 13 NOTICE OF
## COMPLETION OF CHAPTER 13 PAYMENTS

Comes now the Chapter 13 Trustee in the above styled case and hereby gives notice of the debtor's completion of the Chapter 13 plan payments pursuant to 11 USC §1328(a).

Done Thursday, February 15, 2018.

                Sabrina L. McKinney  
                Chapter 13 Standing Trustee

                /s/ *Sabrina L. McKinney*

Office of the Chapter 13 Trustee     Sabrina L. McKinney  
P. O. Box 173     Chapter 13 Standing Trustee  
Montgomery, AL  36101  
Phone: (334)262-8371  
Fax: (334)262-8599  
email: 13Trustee@ch13mdal.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing CHAPTER 13 NOTICE OF COMPLETION OF CHAPTER 13 PAYMENTS on the parties listed below by either electronic mail or placing same in the United States Mail, postage prepaid and properly addressed.

Done, Thursday, February 15, 2018.

                /s/ *Sabrina L. McKinney*

                Sabrina L. McKinney  
                Chapter 13 Standing Trustee

cc: Debtor (s)  
    Debtor Attorney  
    All Creditors