# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re:  
    HARRY HALL III  
    CYNTHIA HALL  
        Debtors

Case No. 13-32290

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Sabrina L. McKinney, chapter 13 trustee, submits the following Final Report and Account the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follow

1) The case was filed on 09/03/2013.

2) The plan was confirmed on 12/02/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan o NA.

5) The case was completed on 02/14/2018.

6) Number of months from filing to last payment: 53.00.

7) Number of months case was pending: 55.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $16,750.00.

10) Amount of unsecured claims discharged without payment: $20,189.88.

**UST Form 101-13-FR-S (4/1/2009)**

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $37,125.00 | |
| Less amount refunded to debtor | $213.62 | |
| **NET RECEIPTS:** | | **$36,911.38** |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,750.00 | |
| Court Costs | $131.00 | |
| Trustee Expenses & Compensation | $1,852.23 | |
| Other | $3.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,736.23** |
| Attorney fees paid and disclosed by debtor: | $0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP | Unsecured | NA | 5,690.01 | 5,690.01 | 5,690.01 | 0.00 |
| BANK OF AMERICA | Unsecured | 5,051.00 | NA | NA | 0.00 | 0.00 |
| CHARTER COMMUNICATIONS | Unsecured | 1.00 | 210.67 | 210.67 | 210.67 | 0.00 |
| CHASE/ BANK ONE CARD SVCS. | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CREDIT BUREAU COLLECTION DEPT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 3,086.00 | 3,086.57 | 3,086.57 | 3,086.57 | 0.00 |
| GLIDDEN PAINTS | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| GMAC MORTGAGE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GMAC MORTGAGE LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GOODWIN ANIMAL HOSPITAL | Unsecured | 475.65 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT/CITIGROUP | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 5,306.30 | 14,209.42 | 4,579.81 | 4,579.81 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 7,899.37 | 14,209.42 | 7,899.37 | 7,899.37 | 267.88 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 0.00 | 1,003.75 | 1,003.75 | 0.00 |
| MONTGOMERY WOMENS HEALTH A: | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 166,139.85 | 166,139.85 | 0.00 | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 7,720.63 | 7,720.63 | 184.51 | 184.51 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 3,141.00 | 3,141.31 | 3,141.31 | 3,141.31 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,756.00 | 1,825.25 | 1,825.25 | 1,825.25 | 0.00 |
| PRA RECEIVABLES MNMT | Unsecured | 3,288.00 | 3,288.53 | 3,288.53 | 3,288.53 | 0.00 |
| RIVERVIEW REGIONAL MEDICAL | Unsecured | 470.97 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | NA | 76.54 | 76.54 | 76.54 | 0.00 |
| RODALE | Unsecured | 96.26 | NA | NA | 0.00 | 0.00 |
| SERVISOLUTIONS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| STATE OF ALABAMA | Secured | 877.55 | 920.95 | 877.55 | 877.55 | 0.00 |
| STATE OF ALABAMA | Unsecured | NA | 0.00 | 43.40 | 43.40 | 0.00 |
| SUNRISE CREDIT SERVICE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| US ATTORNEY | Unsecured | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (4/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $184.51 | $184.51 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $13,356.73 | $13,356.73 | $267.88 |
| **TOTAL SECURED:** | **$13,541.24** | **$13,541.24** | **$267.88** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$18,366.03** | **$18,366.03** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,736.23 |
| Disbursements to Creditors | $32,175.15 |
| **TOTAL DISBURSEMENTS :** | **$36,911.38** |

11) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be and proper.

Dated: 03/28/2018     By: /s/ Sabrina L. McKinney
Office of the Chapter 13 Trustee     Chapter 13 Standing Trustee
P. O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: 13Trustee@ch13mdal.com

STATEMENT: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (4/1/2009)**