UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re     Case No. 13-32290-WRS
Chapter 13

Harry Hall, III and Cynthia Hall,

    Debtors.

### ORDER GRANTING MOTION TO DEEM MORTGAGE CURRENT

The debtors filed a Motion to Deem Post Petition Mortgage Payments with **Ocwen Loan Servicing** current (Doc. #52). The motion came on for hearing on April 30, 2018. Upon consideration of the motion, it is

ORDERED that the debt to the creditor is current through April 1, 2018.

Done this the 15th day of May, 2018.

William Sawyer, Chief
United States Bankruptcy Judge

c:     Debtors
       Gail Donaldson, Attorney for Debtors
       Sabrina L. McKinney, Acting Trustee
       Creditor, Ocwen Loan Servicing