UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                              Case No. 13–32290
                                                                   Chapter 13
Harry Hall, III and Cynthia Hall ,

    Debtors.

## NOTICE

A transcript has been filed for the hearing held on April 30, 2018. Pursuant to the Judicial Conference Policy on Privacy and Electronic Availability of Transcripts, access to this transcript is electronically restricted for 90 days from the date of filing. All parties have seven business days to file a Request for Redaction of any of the following: all but the last four digits of a social security number and a tax payer identification number, all but the year of an individual's birth, all but the first initials of a minor child's name, all but the last four digits of a financial account number. If redaction is requested, the filing party has 21 calendar days from the date the transcript was filed to file with the court a list of items to be redacted indicating the location of the identifiers within the transcript and to provide the list to the transcriber. If no request is filed, the transcript will be made available electronically to the general public after 90 days. You may view a copy of the transcript by visiting the office of the Clerk of Court at One Church Street, Montgomery, Alabama or you may purchase a copy by contacting the transcriptionist. Please call the court for details. Requests for redaction must be filed by 7/7/2020. Lists of items to be redacted must be filed by 7/21/2020. Redacted transcript due from transcriber by 7/31/2020.Electronic access of transcript restricted until 9/28/2020. (RLW)

Dated June 30, 2020

*(signature)*

Juan–Carlos Guerrero
Clerk of Court